AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JUSTIN SHERWOOD<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") DEPUTY INSPECTOR ADEEL S. RANA, AND NYPD OFFICER JOHN MADERA<br>*Defendant(s)* | Civil Action No. 1:22-cv-07505 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of New York
c/o Hon. Sylvia O. Hinds-Radix, NYC Law Dept, 100 Church St, New York, NY 10007

John Madera
84 Precinct, 301 Gold Street, Brooklyn, NY 11201

Adeel S. Rana
84 Precinct, 301 Gold Street, Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Remy Green
Cohen & Green PLLC
1639 Centre St., Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/15/2022



Roseann Guzzi

*Signature of Clerk or Deputy Clerk*