UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUSTIN SHERWOOD,

                                                       Plaintiff,

**NOTICE OF APPEARANCE**

            -against-

22-cv-7505 (BMC)

CITY OF NEW YORK, ET AL.,

                                                     Defendants.

------------------------------------------------------------------------ x

          **PLEASE TAKE NOTICE** that **JOHN SCHEMITSCH**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for Defendant City of New York in the above-entitled action.  I am admitted to practice in this district.

Dated:  New York, New York
           January 5, 2023

                                                  HON. SYLVIA O. HINDS-RADIX
                                                  Corporation Counsel of the City of
                                                     New York
                                                   *Attorney for Defendant City of New York,*
                                                   100 Church Street, Room 3-195
                                                   New York, New York 10007
                                                   (212) 356-3539

                                                   By:          /s/
                                                             John Schemitsch
                                                             *Senior Counsel*

cc:     <u>VIA ECF</u>
         *All Counsel of Record*