UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUSTIN SHERWOOD,

                              Plaintiff,

      -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") DEPUTY INSPECTOR ADEEL S. RANA, AND NYPD OFFICER JOHN MADERA,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22-CV-7505 (BMC)

        **PLEASE TAKE NOTICE** that **JOHN SCHEMITSCH**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for Defendant Deputy Inspector Adeel Rana in the above-entitled action. I am admitted to practice in this district.

Dated:  New York, New York
         January 27, 2023

                                                 HON. SYLVIA O. HINDS-RADIX
                                               Corporation Counsel of the City of
                                                 New York
                                                 *Attorney for Defendant City, Deputy Inspector Rana*
                                                 100 Church Street, Room 3-209
                                               New York, New York 10007
                                               (212) 356-3539

                                               By:
                                                      /s/
                                               _____
                                                 John Schemitsch
                                                 *Senior Counsel*

cc:   **VIA ECF**
       *All Counsel of Record*