UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUSTIN SHERWOOD,

                       Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT ("NYPD") DEPUTY INSPECTOR ADEEL S.
RANA, AND NYPD OFFICER JOHN MADERA

                       Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

22-CV-7505 (BMC)

**PLEASE TAKE NOTICE**, that Defendant NEW YORK CITY POLICE OFFICER JOHN MADERA, hereby appears in the above-entitled action, and that WORTH, LONGWORTH & LONDON, LLP., have been retained as attorneys for said Defendant and demand that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       February 3rd, 2023

                       Yours Truly,

                       _____/s/_____
                       BY: Mitchell Garber (MG 6652)
                       WORTH, LONGWORTH & LONDON, LLP.
                       *Attorneys for Defendant P.O. Madera*
                       111 John Street, Suite 640
                       New York, NY 10038
                       (212) 964-8038

CC: **<u>VIA ECF</u>**

    Remy Green
    Elena Louisa Cohen
    Cohen Green PLLC
    *Attorneys for Plaintiff*
    1639 Centre Street
    Suite 216
    Ridgewood, NY 11385

    Gideon Orion Oliver
    Attorney at Law
    *Attorneys for Plaintiff*
    277 Broadway
    Suite 1501
    New York, NY 10007

    John Edmund Schemitsch
    New York City Law Department
    *Attorneys for Defendant City of New York*
    100 Church Street
    New York, NY 10007