AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Justin Sherwood | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-07505-BMC |
| The City of New York, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Remy Green
1639 Centre Street, Suite 216
Ridgewood, New York 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

<u>Summons Rider</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NYPD DETECTIVE SAMANTHA STURMAN
84th Precinct
301 Gold Street
Brooklyn, NY 11201


NYPD OFFICER ARTHUR STURMAN
61st Precinct
2575 Coney Island Avenue
Brooklyn, NY 11223


NYPD OFFICER TIAGOM REIS
84th Precinct
301 Gold Street
Brooklyn, NY 11201