UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUSTIN SHERWOOD,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

22-cv-7505 (BMC)

        **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint, dated February 21, 2023; and upon all prior pleadings had herein, defendants City of New York, and Officer Tiagom Reis will move this Court before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

Date:        New York, New York
                February 21, 2023

                                              HON. SYLVIA O. HINDS-RADIX
                                              Corporation Counsel of the
                                                City of New York
                                              *Attorney for Defendants City of New York, and Officer Reis*
                                                New York, New York 10007
                                                (212) 356-3539
                                                jschemit@law.nyc.gov

                                        By:              /s/
                                                        John Schemitsch
                                                        *Senior Counsel*

cc: **BY ECF**
ALL COUNSEL OF RECORD

2