AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District for the State of New York

| | |
|---|---|
| JUSTIN SHERWOOD ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-07505(BMC) |
| THE CITY OF NEW YORK, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Detective Samantha Sturman.

Date:  03/03/2023

*James M. Moschella*
*Attorney's signature*

James M. Moschella, Esq.
*Printed name and bar number*

Karasyk & Moschella, LLP
233 Broadway, Suite 2340
New York, New York 10279

*Address*

jmoschella@kmattorneys.com
*E-mail address*

(212) 233-3800
*Telephone number*

(212) 233-3801
*FAX number*