AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District for the State of New York

| | | |
|---|---|---|
| JUSTIN SHERWOOD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-07505(BMC) |
| THE CITY OF NEW YORK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Detective Samantha Sturman.

Date: 03/03/2023

*John W. Burns*
*Attorney's signature*

John W. Burns, Esq.
*Printed name and bar number*

Karasyk & Moschella, LLP
233 Broadway, Suite 2340
New York, New York 10279

*Address*

jburns@kmattorneys.com
*E-mail address*

(212) 233-3800
*Telephone number*

(212) 233-3801
*FAX number*