**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 7, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *Justin Sherwood v. City of New York, et al.*, 22-cv-7505 (BMC)

Your Honor:

    I am co-counsel for Plaintiff Justin Sherwood. I write to ask the Court for leave to file Plaintiff's opposition to the partial motion to dismiss filed by Defendants City of New York and Tiag Rios on Friday, March 10, 2023 instead of today, with a commensurate extension of Defendants City's and Rios's time to reply from Tuesday, March 14, 2023 to Friday, March 17, 2023. I ask for three additional days because I became unexpectedly ill over the weekend and the illness has interfered with my ability to work and to finalize Plaintiff's opposition papers. I saw a doctor yesterday and am on the mend. Today I am working an assigned arraignment shift in New York City Criminal Court, and tomorrow I have a long-standing deadline to file papers opposing a motion to dismiss in a state court matter. Defendants City and Rios consent to this request.

    Thank you for your attention to this matter.

        Respectfully submitted,

        /S/

        Gideon Orion Oliver