

# KARASYK & MOSCHELLA, LLP
## COUNSELORS AT LAW

Philip Karasyk

James M. Moschella

Marissa B. Gillespie

Jeannette Baldassarre

Rena C. Dawson

Mercedes M. Maldonado

Ann M. Schneider

Stephanie A. Swinton

OF COUNSEL

Shiva Bahmani

John W. Burns

Michael A. Palladino

Barry Washor

Yesenia Rivera-Sipes

Jessica Salles

March 7, 2023

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Sherwood v. City of New York, et al.
                 22-CV-7505 (BMC)

Your Honor:

       I am counsel to the firm of Karasyk & Moschella, LLP, General Counsel to the Detectives' Endowment Association ("DEA") and we represent defendant New York City Police Department Detective Samantha Sturman in the above-referenced matter.

       I write to respectfully request a thirty-day extension of time for Detective Sturman to answer or move to dismiss the plaintiff's complaint.

       According to the docket, Detective Sturman's time to interpose an Answer or move is Wednesday, March 8, 2023. This is her first request for an extension of time. All the parties to this litigation consent to this request. Our firm has just entered the matter on Friday, March 3, 2023 and we would like additional time to explore our options concerning how to initially proceed with this matter. The new proposed deadline, for defendant Sturman to answer or move, would be April 7, 2023.

       I thank the Court for its time and consideration of this request.

                                      Respectfully submitted,

                                      John W. Burns, Esq.

Via: ECF to all parties

233 Broadway, Suite 2340 • New York, New York 10279 • T: 212·233·3800 • F: 212·233·3801 • www.kmattorneys.com