UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUSTIN SHERWOOD,

                              Plaintiff,                      **NOTICE OF APPEARANCE**

  -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE     22-CV-7505 (BMC)
DEPARTMENT ("NYPD") OFFICER JOHN MADERA, NYPD
OFFICER TIAGOM REIS, NYPD OFFICER ARTHUR
STURMAN, and NYPD DETECTVIVE SAMANTHA STURMAN.

                              Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Defendant NEW YORK CITY POLICE OFFICER ARTHUR STURMAN, hereby appears in the above-entitled action, and that WORTH, LONGWORTH & LONDON, LLP., have been retained as attorneys for said Defendant and demand that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       March 8th, 2023

                                Yours Truly,

                                _____/s/_____
                                BY: Mitchell Garber (MG 6652)
                                WORTH, LONGWORTH & LONDON, LLP.
                                *Attorneys for Defendant P.O. Sturman*
                                111 John Street, Suite 640
                                New York, NY 10038
                                (212) 964-8038

CC: <u>**VIA ECF**</u>

    Remy Green
    Elena Louisa Cohen
    Cohen Green PLLC
    *Attorneys for Plaintiff*
    1639 Centre Street
    Suite 216
    Ridgewood, NY 11385

    Gideon Orion Oliver
    Attorney at Law
    *Attorneys for Plaintiff*
    277 Broadway
    Suite 1501
    New York, NY 10007

    John Edmund Schemitsch
    New York City Law Department
    *Attorneys for Defendant City of New York*
    100 Church Street
    New York, NY 10007

    James M. Moschella
    John W. Burns
    Karasyk & Moschella, LLP
    233 Broadway
    Suite 2340
    New York, NY 10279