UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUSTIN SHERWOOD,

                            Plaintiff,                      **NOTICE OF APPEARANCE**

  -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE      22-CV-7505 (BMC)
DEPARTMENT ("NYPD") OFFICER JOHN MADERA, NYPD
OFFICER TIAGOM REIS, NYPD OFFICER ARTHUR
STURMAN, and NYPD DETECTVIVE SAMANTHA STURMAN.

                            Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Defendant NEW YORK CITY POLICE OFFICER ARTHUR STURMAN, hereby appears in the above-entitled action, and that WORTH, LONGWORTH & LONDON, LLP., have been retained as attorneys for said Defendant and demand that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       March 8th, 2023

                                     Yours Truly,

                                     _____/s/_____
                                     BY: Doug LaBarbera (DL 3880)
                                     WORTH, LONGWORTH & LONDON, LLP.
                                     *Attorneys for Defendant P.O. Sturman*
                                     111 John Street, Suite 640
                                     New York, NY 10038
                                     (212) 964-8038

CC: <u>**VIA ECF**</u>

>Remy Green
>Elena Louisa Cohen
>Cohen Green PLLC
>*Attorneys for Plaintiff*
>1639 Centre Street
>Suite 216
>Ridgewood, NY 11385
>
>Gideon Orion Oliver
>Attorney at Law
>*Attorneys for Plaintiff*
>277 Broadway
>Suite 1501
>New York, NY 10007
>
>John Edmund Schemitsch
>New York City Law Department
>*Attorneys for Defendant City of New York*
>100 Church Street
>New York, NY 10007
>
>James M. Moschella
>John W. Burns
>Karasyk & Moschella, LLP
>233 Broadway
>Suite 2340
>New York, NY 10279