**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 10, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *Justin Sherwood v. City of New York, et al.,* 22-cv-7505 (BMC)

Your Honor:

    I am co-counsel for Plaintiff Justin Sherwood. I write to ask the Court for leave to file Plaintiff's opposition to the partial motion to dismiss filed by Defendants City of New York and Tiag Rios on Monday, March 13, 2023 instead of today, with a commensurate extension of Defendants City's and Rios's time to reply to Monday, March 20, 2023. I ask for one additional business day because my spouse and 3-year-old tested positive for COVID early this morning and as a result I will be spending most of the time that I would have used to finalize the opposition dealing with things like childcare and cancelling long-standing vacation plans my family had for next week. Defendants City and Rios consent to this request. I made one previous request to extend Plaintiff's opposition deadline, from Tuesday of this week to today, with the moving Defendants' consent, which this Court granted.

    Thank you for your attention to this matter.

                          Respectfully submitted,

                          /S/

                          Gideon Orion Oliver