Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 1 of 13 PageID #: 238

OUR SITES ⌄                                                                      STREET**FILMS**    DONATE

# STREETS**BLOG** NYC                                                            🔍  ☰

## BAD COP, BAD COP: NYPD Threatens Tipster for Filing 311 Complaints About Illegal Parking

By Julianne Cuba │ Oct 18, 2021 │ 💬 **98 COMMENTS**



Police employee-owned vehicles fill the bike lane on Schermerhorn Street in Downtown Brooklyn. File
photo: Gersh Kuntzman

Members of the NYPD harassed and threatened a cyclist after he reported the cops for illegally parking along several notoriously lawless stretches in Downtown Brooklyn, including on Schermerhorn Street right outside a transit police station house, according to the complainant — and now the matter is under investigation by the Civilian Complaint Review Board.

The tipster (who asked to remain anonymous for fear of *even more* retribution) says he started getting calls from members of New York's Finest after he made dozens of complaints to 311 about officers from the 84th Precinct and Transit Bureau 30 stashing their private cars in the bike lane and on the sidewalk on Schermerhorn Street, and on nearby Smith, Jay, and Hoyt streets — an illegal practice that for years has gone unchecked, endangering cyclists along the vital corridors.

SHERWOOD_000149



**Reported**
@Reported_NYC · Follow

The driver GRS3239 parked illegally near 229 Schermerhorn St on September 22. This is in Brooklyn Community Board 02 & #NYPD84. #VisionZero

4:58 PM · Sep 23, 2021 from Brooklyn, NY

♥ 4    💬 Reply    🔗 Copy link

Read more on Twitter

The tipster shared with Streetsblog a log of 49 of his 311 complaints he made via Reported for illegal parking on Schermerhorn, Jay, Hoyt, and Smith streets — all within the 84th Precinct and adjacent to TD30 — on three dates, including Aug. 13, Aug. 26, and Sept. 10. All 49 are marked as "closed," though he says the situation was never actually resolved and the cars were never moved, or just came back again the next day.

And on each of those dates, the tipster says he received a retaliatory phone call. The first came on Aug. 13 at about 9:30 am, when the caller actually identified himself as a member of the NYPD, but refused to give his name. The second was on Aug. 26 at about 11 am when someone who identified themselves as Det. Sturman called the tipster a "dickhead." And the third was a few weeks later on Sept.10 at about 2:45 pm when someone, who the tipster believes was a cop impersonating a 311 operator, told him he would be barred from filing more complaints.

All three calls were shared with Streetsblog.

*"My name is Detective Sturman from the 84th Precinct. I'm calling to see if you want to come into the precinct to meet with our community affairs officers…to address your issues. We want to address all your concerns," the detective said.*

*"I don't need to come in, you can just address them by stop parking in the bike lane," he responded.*

*The detective responded by saying she "can't stop people everyday from parking in the bike lane."*

*"That's your job," the tipster responded, before things escalated when he told her to "f*** off" and the detective said, "stop calling dickhead."*

In another call, a person claiming to be a 311 operator named Josh Haider (spelling unknown) threatened to block the tipster from filing any more complaints. It does not appear that Josh Haider is a real person.

*"You're speaking to a 311 operator. Why do you keep putting over the same 311 job over and over and over again? You might be barred from the system going forward," the person said, using vernacular ("the same 311 job") common among cops.*

Brooklyn Council Member Steve Levin, who has long complained about personal police vehicles parked illegally with the help of a placard or NYPD logbook on the dash —  was appalled at the abuse of power and harassment of citizens who are just trying to watch the watchers.

SHERWOOD_000150

2/14/23, 2:45 PM    Bad Cop, Bad Cop: NYPD Threatens Tipster for Filing 311 Complaints About Illegal Parking - Streetsblog New York City

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 3 of 13 PageID #: 230

"That's crazy. That's not legal. The whole situation has been really, really frustrating," said Levin. "Police officers harassing is so illegal, so far beyond retaliatory. It's a level of misconduct, nobody should be allowing that. Whatever they're doing there is a total breach of their duty."

A spokesperson for 311 said that 311 operators do not personally reach out to those who file complaints, and that complaints are shared directly with the local precinct.

A spokesperson for the NYPD told Streetsblog that they are investigating the incident, and are working with the local precinct to keep the bike lanes and sidewalks clear.

"We are aware of the allegation regarding the detective and the matter is under internal review," said Detective Sophia Mason. "Parking in the vicinity of the 84th Precinct is extremely limited. The Commanding Officer is aware of complaints regarding bike lanes surrounding the precinct and is working to address the condition."

And a spokesperson for the Civilian Complaint Review Board told Streetsblog that the case has been assigned to an investigator, who is looking at whether the alleged harassment constitutes "misconduct" that could require a disciplinary recommendation.

The tipster said he started reporting illegal cop parking to 311 after years of growing frustration because no one — including 84th Precinct CO Capt. Adeel Rana, Levin, and Mayor de Blasio — has been able to put an end to the street-level corruption, despite years of broken promises to keep the bike lanes and sidewalks clear.

"The police care more about free parking for their personal vehicles than our personal safety," he said. "Adeel Rana has allowed a culture of corruption to develop...his officers feel empowered to refuse to identify themselves, and even impersonate other city employees to keep their sidewalk and bike lane parking spaces. The city has failed to provide adequate space for bike riders/pedestrians, and the NYPD's dangerous parking exacerbates the problem."

Levin said he held a meeting earlier this month on Schermerhorn Street with the Department of Transportation, the 84th Precinct, and TD30 — he said he invited Transportation Bureau Chief Kim Royster, but she didn't show. But like all the times before it, there was no solution to fix the longstanding problem, though days later DOT put out a survey soliciting public opinion about the mess.

For now, before a full reconstruction of Schermerhorn Street can happen, Levin said he's still in favor of giving cops more spots outside the station house if it would stop them from parking in the bike lane, but said that DOT is opposed to it, hypothesizing that more spots would not actually solve anything. He said DOT has no imminent plans for a full reconstruction of Schermerhorn Street.

It's certainly not the first time that Streetsblog has documented egregious car-centric corruption within the police department. Prior stories include the horrendous driving records of officers, the illegal parking documented at station houses all over the city, and the systemic failure to understand basic traffic laws.

Advocates and local pols have indeed tried — and failed — to get cops to stop illegally storing their personal cars in bus lanes, crosswalks, on sidewalks, and in bike lanes, putting cyclists and pedestrians and danger. Last year, Levin and Council Speaker Corey Johnson introduced legislation that would allow anyone to report illegally parked cars, a new citizen enforcement program modeled after an existing city program to combat idling. A person reporting the illegally parked car would take home some cash if a ticket ended up being issued.

But the de Blasio administration has opposed the bill, fearing that some ticketed drivers would assault their neighbors for ratting them out for illegal parking. In this case, that fear apparently is justified: the NYPD is apparently threatening people for reporting their crimes.

---

Filed Under: Bike Lanes, Civilian Complaint Review Board, DOT, Downtown Brooklyn, NYPD, Vision Zero

SHERWOOD_000151

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 4 of 13 PageID #: 231







**MOST RECENT**



EXCLU: George Washington Bridge Northern Path Reopens With Wider Entrance

Opinion: The George Washington Bridge's Revamped Bike-Ped Paths are Not Enough

SHERWOOD_000152

2/14/23, 2:45 PM    Bad Cop, Bad Cop: NYPD Threatens Tipster for Filing 311 Complaints About Illegal Parking - Streetsblog New York City

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 5 of 13 PageID #: 232





Tuesday's Headlines: Fix the BQE/Love is In The Air Edition



V-DAY SPECIAL: Bigger Cargo Bikes and Last-Mile Warehouse Regulation is a Match Made In Heaven



FDNY Wants Feds to Ban Faulty Lithium-Ion Batteries From Entering U.S.

SHERWOOD_000153

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 6 of 13 PageID #: 233

**98 Comments**

  Login ▾

  Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS  ?

Name

2     Share                                    Best    **Newest**    Oldest



**yippee1999**                                              —    ⚑
🕐 a year ago
Wow, I just don't understand why NYPD are so disliked and distrusted. Hmmmm.....

0        0      • Reply  • Share ›



**Mike Suko**                                               —    ⚑
🕐 a year ago
But this is ALL gonna seem like a tempest in a teapot once Sgt. Eric gets into office. He
definitely moved the needle toward public service when he was IN the Dept., and I just
know he's gonna be more of a stand-up guy than Bill was - standing up to the NYPD,
whose de facto salute to the citizens of NYC requires just one finger.

0        1      • Reply  • Share ›

**neroden**                                                 —    ⚑
🕐 a year ago
City Council should zero out the NYPD budget and fire everyone. State Police can
handle things until a new, clean police department can be organized.

The five borough DAs should prosecute the NYPD for their criminal conspiracy under
the state Little RICO, conspiracy, and falsification of government records laws. Most of
them would go to prison for 25 years. If the borough DAs won't do it, the state AG
needs to file the prosecution. NYPD is the biggest crime gang in the Northeast and
their crimes have all been thoroughly documented.

1        0      • Reply  • Share ›



**Max Chanowitz**                                           —    ⚑
🕐 a year ago  edited

> But the de Blasio administration has opposed the bill, **fearing that some ticketed
> drivers would assault their neighbors for ratting them out for illegal parking**.

I can't believe this is real. Insane that the mayor would intentionally decide not to
enforce the law because of the fear that some violent thugs might retaliate. Isn't that
basically just giving up at your job and "letting the terrorists win", so to speak? Letting
angry unstable people do whatever they want because they might become violent is
basically giving up on civil society and welcoming barbarism and rule of violence. By
that same logic we should stop responding to domestic violence calls and child abuse
calls, right de Blasio?

If people are unstable and violent enough to assault someone after being reported for
illegal parking, send them to jail. They shouldn't be out in public anyway!

9        0      • Reply  • Share ›



**Hugh Jass**                                               —    ⚑
🕐 a year ago
Seems like the cops aren't getting the message, we'll _all_ just have to keep getting in
touch with our friends at 311 when we see illegal parking on Schermerhorn street. Let's
be honest, we know they're too lazy to harass us all.

3        0      • Reply  • Share ›



SHERWOOD_000154

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 7 of 13 PageID #: 234

**ALSO ON STREETSBLOG**



**AWFULLY IRONIC: NYPD Threatens Tipster After Streetsblog Story About Prior Harassment Over 311 Complaints About Illegal Parking**

By Julianne Cuba | Oct 19, 2021

"Keep fucking around," the new harasser texted.

This comment was deleted.

**SirBacon**
⏱ a year ago · edited

Petty bullshit? The cops ticket you left right and center for not using bike lanes.

Meanwhile they park in the bike lanes and which forces you out of them.

The NYPD can eat a dick.

3      0    •  Reply  •  Share ›

  **Jay**                                              — ⚑
⏱ a year ago

Can we please not censor these posts? Let people's idiocy shine.

1      0    •  Reply  •  Share ›

Avata  This comment was deleted.                                      —

  **SirBacon**    ↗ Guest                              — ⚑
⏱ a year ago

Nobody I know would mind the cops getting rid of those ATV gangs. Problem is, that requires the NYPD to pass a physical fitness test which is unlikely to happen anytime soon.

8      1    •  Reply  •  Share ›

**Julisa Cordero**   ↗ SirBacon                                      — ⚑

SHERWOOD_000155

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 8 of 13 PageID #: 235

because you all know you will get your ass kicked. Not to mention the first  they want to harass us about it. Police the
yourselves the police are the problem. Also, you seem to have
too much time on your hands.

## Tipster Sues NYPD for Harassment Over 311 Complaints about Illegal Parking

By Julianne Cuba | Jan 23, 2023

The once anonymous tipster who alleged that members of the NYPD had harassed and threatened him after he reported the cops for illegal parking
has now publicly filed a lawsuit in federal court against the NYPD and the city for violating his First Amendment rights.



**neroden**  ↱ Julisa Cordero      —  ⚑
🕐 a year ago

NYPD are the worst street thugs in the city, and the
evidence piles up more every day. They refuse to even
wear masks and commit assault against people who
ask them to follow the law. Nearly the whole damn
department belongs in Sing Sing. (There might be one
or two clean cops in NYPD -- probably not more than a
handful.)

0      0     •  Reply  •  Share ›



**kevd**  ↱ Julisa Cordero      —  ⚑
🕐 a year ago  edited

deflect and distract.
deflect and distract.
deflect and distract.

you seem to have plenty of time on your hands here
too, Julisa.
"street thugs doing much worse" if only we had 35,000
people employed to do something about that....
guess they're just too lazy

3      0     •  Reply  •  Share ›

SHERWOOD_000156

2/14/23, 2:45 PM    Bad Cop, Bad Cop: NYPD Threatens Tipster for Filing 311 Complaints About Illegal Parking - Streetsblog New York City

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 9 of 13 PageID #: 236



THIS POST IS SUPPORTED BY **USED DUTCH BIKES**

### Tipster Says NYPD Threatened Him for Filing Complaints About Illegal Parking

By Julianne Cuba | Jul 21, 2022

Cops allegedly sent obnoxious text messages to a cyclist last week after he reported illegally parked cars blocking the bike lane and crosswalks in upper Manhattan. Again.

just an observation that you are doing whataboutism.

**kevd**
◷ a year ago edited
no, you didn't use those words.
you just did that literal thing.

0        0     •  Reply  •  Share ›

**BetsyK**                                                —   ⚑
◷ a year ago

I have suffered similar stuff at the hands of the NYPD. For a while a couple of years ago I was using an app to report TLC vehicles in bike lanes to 311 and made many reports. I guess the 7th precinct were getting these reports, because they started calling me from a hidden number almost obsessively in a way which was most certainly hassling. I would deny the call (I don't pick up calls from hidden numbers) and they'd call back 2 seconds later. I'd deny the call again and they would call back immediately. This would go on over and over and over again, upwards of 20 times (I'm not kidding) in a manner which was really hostile. And I forgot to mention, this often happened late at night, after 11pm.

The first time it happened, I eventually picked up and asked what the hell they thought they were doing. The guy admitted he was from the 7th precinct and said he was calling about a report of a car in a bike lane from earlier that morning. I said what's the use of calling me now, and why would you call someone repeatedly from a hidden number at 11:30pm? Don't you realize how threatening and unacceptable that is? I got the familiar gaslighting bullshit about how "we have to do this" and "it's just our job." I asked him why he called back over 20 times, why he wouldn't just get the message that I didn't want to pick up, like a sane, normal person would, and he said "hey buddy we have to close out these reports, I can't sign off on the job until I've spoken to you so I gotta keep calling until you pick up" etc. Utter, utter bullshit and clearly harassment

SHERWOOD_000157

Case 1:22-cv-07505-BMC Document 43-1 Filed 03/13/23 Page 10 of 13 PageID #: 237

traffic lane west bound) in spite of them cause rack them.

## As City Builds 'Green Wave,' Cops in Downtown Brooklyn Still Fight It

By Gersh Kuntzman | Oct 23, 2019

A stationhouse on Schermerhorn ... who also park in the bike lane that connects two streets in DOT's 'Green Wave'!

3 0 • Reply • Share ›

**Julisa Cordero** ↪ Brooklyn Driving Cops You...
a year ago
How about them ATV gangs!?
1 5 • Reply • Share ›

**kevd** ↪ Julisa Cordero
a year ago edited
and if my aunt had balls she'd be my uncle
2 0 • Reply • Share ›

**kevd** ↪ Julisa Cordero
a year ago
I didn't realize the city employed "ATV gangs" to enforce laws.
we really should stop paying them.
6 0 • Reply • Share ›

Avata This comment was marked as spam.

**Reader** ↪ Fred
a year ago
It's actual illegal parking. What other crimes by the police do you support?
5 0 • Reply • Share ›

**BetsyK** ↪ Fred

SHERWOOD_000158

Bad cop, bad cop: NYPD threatens tipster for filing 311 complaints About illegal parking | Streetsblog New York City



## Hey, Chief Chan, Here's a Cop Who Drives Like a Sociopath!

By Gersh Kuntzman | Nov 8, 2019

Two weeks after a top commander in the NYPD testified that he addresses placard abuse by officers around department facilities, a bike lane in Downtown Brooklyn remains filled with illegally parked officers' private cars — including one that has 28 moving violation tickets.

⏱ a year ago

nature of the position in the hierarchy, but it's one of many behaviors that show contempt for the citizens that the officers are supposed to protect and serve. A lowered standard where there should be a much, much higher standard.

I should also mention that the whole category of "violation" exists to make it possible for motorists to endanger, injure, maim and kill with less accountability, so as to make motoring even possible. And they injure, maim and kill more people than "crimes" do.

3   0   • Reply   • Share ›

**Jay** ➜ Fred   — ⚑
⏱ a year ago

You also seem to have a comprehension issue.

3   0   • Reply   • Share ›



**MiklosMeszaros** ➜ Fred   — ⚑
⏱ a year ago

But one doesn't justify the other and is a false equivalency.

Its a violation and a quality of life issue. In this particular case, its also a public safety issue. The behaviors presented by the officers involved are unbecoming.

SHERWOOD_000159



## Placard Crackdown Begins! (Well, Actually, No it Doesn't!)

By Gersh Kuntzman | Jan 6, 2020

Placard crackdown? Not in Downtown Brooklyn, Long Island City or Lower Manhattan at least.

it. Its of course symbolism and I understand its intent, but its actually considered a disrespect to the flag of the US.

That's not saying its not violated like a parking meter, because it is by all sorts of people in the country, but its surprising considering the source.

About / Contact Streetsblog NYC / Staff & Board / Our Funders / Comment Moderation Policy

FOLLOW US: f

7   1   • Reply   • Share ›

**Jym Dyer** → MiklosMeszaros

# STREETSBLOG NYC



SHERWOOD_000160

see more

1   0   •   Reply   •   Share ›



**Miser** ➔ Fred      —   ⚑

🕐 a year ago

By elders do you mean native americans? What good old days were people not looking doors in brooklyn, bootlicker?

4   0   •   Reply   •   Share ›



**PN**      —   ⚑

🕐 a year ago

a residency requirement would solve so many problems. having a stake in the policing of one's own neighborhood just makes sense.

5   1   •   Reply   •   Share ›

Load more comments

Subscribe      Privacy      Do Not Sell My Data

SHERWOOD_000161