OUR SITES  STREET**FILMS**  DONATE

**STREETSBLOG NYC**

# AWFULLY IRONIC: NYPD Threatens Tipster After Streetsblog Story About Prior Harassment Over 311 Complaints About Illegal Parking

By Julianne Cuba | Oct 19, 2021 | 💬 7 COMMENTS



Courtesy, Professionalism — and Harassment

Hours after Streetsblog published a story about how cops harassed a person who ratted out the cops for illegally parking in Downtown Brooklyn, an alleged member of the NYPD went ahead and harassed the tipster anew.

"Keep fucking around," the new harasser texted on Monday to the do-gooder, who started getting anonymous calls from what he believes are members of New York's Finest after he made dozens of complaints to 311 about officers from the 84th Precinct and Transit Bureau 30 stashing their private cars in the bike lane and on the sidewalk on Schermerhorn Street, and on nearby Smith, Jay, and Hoyt streets. The Civilian Complaint Review Board confirmed to Streetsblog that it was already investigating the harassment, and the agency told the tipster (who asked to remain anonymous for fear of exactly this) that it could add the new incident.

SHERWOOD_000162

Julianne Cuba
@Julcuba · Follow

After this story ran, the tipster received this text from a 631 number
nyc.streetsblog.org/2021/10/18/bad…

2:47 PM · Oct 18, 2021

Read the full conversation on Twitter

♥ 798    💬 Reply    🔗 Copy link

Read 23 replies

Evidence that the latest texter is a cop is circumstantial, but persuasive. For one thing, 311 operators do not call or text to complainants, but merely forward the complaint — and the number of the complainant — to the appropriate agency, in this case, the NYPD, whose officers already have a history of harassing this particular tipster. If someone was texting this tipster, it had to be someone who had the tipster's number — which many people in the NYPD would have access to.

Per a 311 spokesperson: "311 representatives do not follow up directly with customers for any complaint. Customers may report illegally parked cars anonymously, which does not require name or contact information. The details of the complaint are sent directly to the local precinct for response."

Plus, the phone from which the latest harassment originated had the 631 area code of Suffolk County, where more than 15 percent of uniformed police officers live. A man who answered the phone when Streetsblog called refused to provide any information or give his name.

**NYPD Employee residency**

| Cops | | Civilians | |
|---|---|---|---|
| BRONX | 8.0% | BRONX | 16.1% |
| BROOKLYN | 10.9% | BROOKLYN | 34.6% |
| MANHATTAN | 3.8% | MANHATTAN | 11.8% |
| QUEENS | 15.9% | QUEENS | 25.2% |
| STATEN ISLAND | 10.5% | RICHMOND | 6.0% |
| NYC Subtotal | 49.2% | NYC Subtotal | 93.6% |
| | | NASSAU | 2.6% |
| NASSAU | 17.1% | WESTCHESTER | 1.2% |
| SUFFOLK | 15.5% | SUFFOLK | 1.1% |
| WESTCHESTER | 6.5% | ORANGE | 0.7% |
| ORANGE | 5.9% | OTHER | 0.5% |
| ROCKLAND | 3.9% | ROCKLAND | 0.2% |
| PUTNAM | 1.8% | PUTNAM | 0.1% |
| OTHER | 0.1% | DUTCHESS | 0.0% |
| | 100 % | | 100.0% |

Source: 2020 city data

Monday's unnerving text message follows a first round of retaliatory phone calls last month, on each of the three days that the tipster filed 49 311 complaints. All 49 are marked as "closed," though he says the situation was never resolved and the cars were never moved, or just came back again the next day.

The first was on Aug. 13, when the caller identified himself as a member of the NYPD, but refused to give his name. The second was on Aug. 26 when someone identified himself as Det. Sturman called the tipster a "dickhead." And the third was on Sept.10 when someone, who the tipster believes was a cop impersonating a 311 operator, told him he would be barred from filing more complaints. (The notion of impersonation stems from that confirmation that 311 operators don't contact people who file complaints.)

Brooklyn Council Member Steve Levin, who has long complained about personal police vehicles parked illegally with the help of a placard or NYPD logbook on the dash — was appalled at the abuse of power and harassment of citizens who are just trying to watch the watchers.

"That's crazy. That's not legal. The whole situation has been really, really frustrating," Levin said in Monday's initial story. "Police officers harassing is so illegal, so far beyond retaliatory. It's a level of misconduct, nobody should be allowing that. Whatever they're doing there is a total breach of their duty."

*The NYPD declined to comment from this story. We will update the story if the agency responds after initial publication.*

Filed Under: Civilian Complaint Review Board, DOT, NYPD, Police Misconduct, Streetsblog Gets Action







## MOST RECENT



EXCLU: George Washington Bridge Northern Path Reopens With Wider Entrance



Opinion: The George Washington Bridge's Revamped Bike-Ped Paths are Not Enough



Tuesday's Headlines: Fix the BQE/Love is In The Air Edition

V-DAY SPECIAL: Bigger Cargo Bikes and Last-Mile Warehouse Regulation is a Match Made In Heaven







FDNY Wants Feds to Ban Faulty Lithium-Ion Batteries From Entering U.S.

Case 1:23-cv-07505-BMC   Document 43-2   Filed 03/18/23   Page 6 of 11 PageID #: 246

## 7 Comments

**Login**  ▼

Join the discussion…

LOG IN WITH         OR SIGN UP WITH DISQUS  (?)

Name

**1**   Share                        Best   **Newest**   Oldest

### neroden
a year ago

The DAs need to put the entire NYPD in state prison. There's enough evidence on the placardabuse twitter account alone to prove a Little RICO conspiracy beyond the shadow of a doubt.

The DAs seem to be wimps who are afraid to enforce the law. When will that change?

Meanwhile, the City Council should zero out funding for NYPD and start a new police agency, with completely fresh hiring -- and ban any members of the dirty police unions from applying.

1    0    • Reply   • Share ›

### Christopher Sanders
a year ago edited

This makes me very angry. Im tempted to flood the city with pictures of parked cars all over the sidewalks of harlem every day.

3    0    • Reply   • Share ›



#### Kirk Rotger    → Christopher Sanders
a year ago

Do it dude. I'm doing it to. I ride by the precinct on 21st Street all the time and the sidewalk is perpetually lined with cars. I'm going to start reporting every time I go by.

2    0    • Reply   • Share ›



### stairbob
a year ago

All precinct blocks should become 24/7 Open Streets. Think how much friendly communication that would engender between the officers and the neighborhoods they serve.

15    0    • Reply   • Share ›

#### Mortal Wombat    → stairbob
a year ago

They would absolutely post cops to allow cops drive their cars down the open streets, and ring up overtime to do it.

2    0    • Reply   • Share ›

### Comment
a year ago

"That's crazy. That's not legal. The whole situation has been really, really frustrating,"

So what is Steve Levin going to do? He has power and doesn't use it. Lots of options he could choose from, including calling the cops before a city council hearing or asking for the street to be redesigned. He can do more than comment to Streetsblog.

Next year with a new council, don't accept "somebody should do something about all the problems" from anyone elected to represent us.

12    0    • Reply   • Share ›



### neroden    → Comment
a year ago

Yeah. City Council needs to zero out NYPD funding -- and call the 5 city prosecutors to ask why they aren't prosecuting the largest criminal mafia in the entire Northeast, the NYPD.

SHERWOOD_000167

1  0  Reply  Share ›  **ALSO ON STREETSBLOG**



### BAD COP, BAD COP: NYPD Threatens Tipster for Filing 311 Complaints About Illegal Parking

By Julianne Cuba | Oct 18, 2021

Members of the NYPD harassed a cyclist after he reported the cops for illegally parking, according to the complainant — and now the matter is under investigation by the Civilian Complaint Review Board.

SHERWOOD_000168



# Tipster Sues NYPD for Harassment Over 311 Complaints about Illegal Parking

By Julianne Cuba | Jan 23, 2023

The once anonymous tipster who alleged that members of the NYPD had harassed and threatened him after he reported the cops for illegal parking has now publicly filed a lawsuit in federal court against the NYPD and the city for violating his First Amendment rights.

SHERWOOD_000169



THIS POST IS SUPPORTED BY **USED DUTCH BIKES**

# Tipster Says NYPD Threatened Him for Filing Complaints About Illegal Parking

By Julianne Cuba | Jul 21, 2022

Cops allegedly sent obnoxious text messages to a cyclist last week after he reported illegally parked cars blocking the bike lane and crosswalks in upper Manhattan. Again.

SHERWOOD_000170

Case 1:22-cv-07505-BMC Document 43-2 Filed 03/13/23 Page 10 of 11 PageID #: 250



### City Investigating NYPD 311 Harassment Allegations After Streetsblog Report

By Jesse Coburn | Dec 21, 2021

The Department of Investigation said agency staffers were probing allegations that Streetsblog reported two months ago.



### Council Member Calls For Probe of Alleged 311 Harassment

SHERWOOD_000171

By Jesse Coburn | Oct 26, 2021

And meanwhile, Council Member Bob Holden told Streetsblog he has also been the victim of "inappropriate" calls from cops.



### Are Cops Writing the Tickets They Say They Are Following 311 Complaints?

By Jesse Coburn | Nov 24, 2021

The NYPD rarely reports ticketing drivers in response to 311 complaints about blocked bike lanes, city data shows. But a new Streetsblog analysis raises doubts whether officers are even writing the tickets that they say they are.

About / Contact Streetsblog NYC / Staff & Board / Our Funders / Comment Moderation Policy

FOLLOW US:

# STREETSBLOG NYC

SHERWOOD_000172