Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 1 of 11 PageID #: 268





# Council Member Calls For Probe of Alleged 311 Harassment As Colleague Calls Dead-of-Night Calls from Cops 'Inappropriate'

By Jesse Coburn | Oct 26, 2021 | 8 COMMENTS




Illustration: Martin Schapiro

A City Council member called for an investigation into harassing messages that residents said they've received after filing 311 reports about driver misconduct to the NYPD, while another Council member said he himself has received "inappropriate" calls from police after filing 311 complaints.

Council Member Ben Kallos of Manhattan called for the probe after allegations that cops have harassed 311 callers surfaced in two recent Streetsblog stories, as well as a deeper investigation into the Police Department's handling of 311 reports on illegal parking, chronically reckless driving and abandoned vehicles. People interviewed by Streetsblog — including Council Member Bob Holden of Queens — said they had received strange voicemails or phone calls in the middle of the night after filing complaints about driver misconduct to 311. Two people said they believe the voicemails they received from unidentified callers were from NYPD officers seeking to intimidate them into no longer filing such complaints. In Holden's case, the police identified themselves.

Kallos called the allegations detailed by Streetsblog "disturbing," and he asked anyone who has received such calls to contact his office by emailing bkallos@benkallos.com.




How Streetsblog covered the story last week.

"Nobody should be abusing any power that they have," he said. "The allegations … must be investigated."

Holden, a Queens Council member, called the issues documented in Streetsblog's report "a serious problem" — an opinion shaped by his own experience using 311.



Holden said he received phone calls from police officers at 3 a.m. after filing a 311 complaint hours earlier.



"I think that's inappropropriate," he said.

SHERWOOD_000189

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 2 of 11 PageID #: 269



Officers have also closed his 311 complaints in just a few minutes, he said, and reported in the 311 system that they had addressed issues raised when in fact they hadn't.

Holden introduced a bill in 2018 that would require city agencies unable to respond to 311 complaints to report that in the 311 system.

"I want honest reporting from not only the police but from every agency," he said. "If they didn't have enough personnel, I want to hear that. Or if it's delayed for some reason, I want to hear that. I just don't want them to make something up, which is apparently what they're doing."

Kallos was one of many elected leaders on the Council's transportation and oversight committees to express alarm about Streetsblog's report on the eve of Tuesday's joint hearing on street safety, illegal parking and 311 calls on driver misconduct. Analyzing more than 26 million 311 reports, Streetsblog found the NYPD routinely ignores notifications about illegal parking, chronically reckless driving and abandoned vehicles, fostering a culture of lawlessness on city streets that residents say is getting worse as traffic deaths climb to their highest point in years.

Streetsblog's investigation revealed:

- The NYPD now closes thousands of service requests about driver misconduct each year in under five minutes, up from only five such complaints that were closed so quickly in 2010. Former city officials said it was implausible that officers were actually investigating and resolving so many complaints in under five minutes, given it takes the NYPD more than seven minutes on average to respond to even the most critical emergencies, per city data.
- Officers rarely write tickets in response to 311 reports on driver misconduct, and they routinely dismiss driver misconduct reports as outside the police department's jurisdiction. Attorneys and former city officials said that justification is false, as such issues are clearly the police's responsibility.
- Residents who together have filed more than an estimated 1,000 driver misconduct service requests say those efforts have almost never led to the problems being addressed.
- Some officers appear especially dismissive of such complaints. In one Brooklyn precinct, 16 percent of driver misconduct reports this year have been closed in under five minutes.

Council Member Eric Dinowitz, of the Bronx, called Streetsblog's findings "very problematic," while his East Harlem and the South Bronx counterpart Diana Ayala called them "very alarming."

"Reckless driving kills people, illegal parking can cause injuries and accessibility issues, and abandoned vehicles impair quality of life for our neighborhoods," Dinowitz said in a statement. "Law enforcement must do the job they are required to do, and do it diligently."

Dinowitz called for a range of reforms to the 311 system, including enabling users to reopen cases if an agency does not respond properly and to provide immediate feedback on how their complaints were handled.

Other Council members said the story offers further proof that the city must pursue alternatives to police action to ensure drivers obey traffic and parking laws.

"The NYPD's negligence when it comes to going after traffic violations like illegal parking and reckless driving is unacceptable, but it is also not surprising," Brooklyn Council Member Antonio Reynoso said in a statement. "Streetsblog's findings underscore that the NYPD is unreliable and unequipped to handle traffic enforcement."

Reynoso, the Democratic nominee for Brooklyn borough president, called for the city to install more traffic enforcement cameras and redesign streets to reign in reckless drivers.

Kallos said the city should expand the use of cameras to ticket drivers for infractions including illegal turns, speeding and failure to yield.

SHERWOOD_000190

“If the NYPD is not willing to do their job, then the robots can do it for them,” he said.



Council Member Carlina Rivera, in a statement, said it was “disappointing to hear of an agency or department that is not upholding their end of the bargain and addressing each 311 service request with the attention it deserves.”

The Manhattan council member continued: “We must ensure we are prioritizing active traffic enforcement to keep all New Yorkers safe.”

Manhattan Council Member Keith Powers expressed a similar perspective.

“It's imperative that the city is responding appropriately to 311 calls and taking them seriously,” he said in a statement. “We have to ensure that all agencies are working together towards that goal.”

Mayor de Blasio and Brooklyn Borough President Eric Adams, the likely next mayor, did not respond to requests for comment. The NYPD has not responded to multiple requests for comment.

Filed Under: 311, Ben Kallos, City Council, NYPD, Robert Holden, Streetsblog Gets Action







SHERWOOD_000191

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 4 of 11 PageID #: 271




MOST RECENT



EXCLU: George Washington Bridge Northern Path Reopens With Wider Entrance



Opinion: The George Washington Bridge's Revamped Bike-Ped Paths are Not Enough



Tuesday's Headlines: Fix the BQE/Love is In The Air Edition

V-DAY SPECIAL: Bigger Cargo Bikes and Last-Mile Warehouse Regulation is a Match Made In Heaven

SHERWOOD_000192

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 5 of 11 PageID #: 272







FDNY Wants Feds to Ban Faulty Lithium-Ion Batteries From Entering U.S.

SHERWOOD_000193




8 Comments

Login ▾



Join the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Share

Best Newest Oldest



**postingembassy**

a year ago

"inappropriate" searing words from councilor holden! looks like this will be fixed immediately!

0 0 • Reply • Share ›



**ENY**

a year ago

"Inappropriate" is a weird way for the council members to spell "illegal."

0 0 • Reply • Share ›

**Vooch**

a year ago

"If the NYPD is not willing to do their job, then the robots can do it for them,"

Highly Trained and valuable Peace Officers are better deployed to spend their precious time preventing violent crimes.

1 0 • Reply • Share ›



**timnyc** ➜ Vooch

a year ago

Problem is they don't do that either. Defund!

0 0 • Reply • Share ›



**LiberalsAreBetter** ➜ timnyc

a year ago

We really needed a candidate who defunds the police, not is the police.
I'm so disappointed that Maya Wiley didnt win.
I still hope Adams is harder on the NYPD rather than the status quo

1 0 • Reply • Share ›



**kevd** ➜ LiberalsAreBetter

a year ago

he was when he was in the NYPD....
so, maybe?

0 0 • Reply • Share ›



**Joe R.** ➜ kevd

a year ago

Sort of like the old adage only Nixon could go to China. Adams might be the only one who can get real NYPD reform. As an ex-cop, he'll have clout with the NYPD that deBlasio sorely lacked.

0 0 • Reply • Share ›

SHERWOOD_000194

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 7 of 11 PageID #: 274

ALSO ON STREETSBLOG

June timnyc




**City Investigating NYPD 311 Harassment Allegations After Streetsblog Report**

By Jesse Coburn | Dec 21, 2021

The Department of Investigation said agency staffers were probing allegations that Streetsblog reported two months ago.

SHERWOOD_000195

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 8 of 11 PageID #: 275



## Mayor Vows to Investigate Alleged Harassment of 311 Users After Recent Streetsblog Investigation

By Jesse Coburn | Oct 28, 2021

"Whether [such calls are] coming from a city employee or someplace else, it's not good," the mayor said when asked about the alleged harassment. "What we need to know is what happened in those cases."




SHERWOOD_000196

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 9 of 11 PageID #: 276

## Amid Multiple Investigations, NYPD Defends Its 311 Response at Council Hearing

By Jesse Coburn | Oct 27, 2021



City Council members voiced frustration with the NYPD's handling of 311 complaints about illegal parking at a hearing Tuesday, but police officials defended the department's efforts.



## Are Cops Writing the Tickets They Say They Are Following 311 Complaints?

By Jesse Coburn | Nov 24, 2021

The NYPD rarely reports ticketing drivers in response to 311 complaints about blocked bike lanes, city data shows. But a new Streetsblog analysis raises doubts whether officers are even writing the tickets that they say they are.

SHERWOOD_000197

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 10 of 11 PageID #: 277




## A Round and a Roundy: The NYPD's 'System' for 311 Calls

By Streetsblog | Oct 27, 2021

Obviously, our national treasure cartoonist has been reading Streetsblog!

SHERWOOD_000198

Case 1:22-cv-07505-BMC Document 43-4 Filed 03/13/23 Page 11 of 11 PageID #: 278




### NYPD Cop Left Creepy Voicemail for 311 User After Illegal Parking Complaint, CCRB Finds

By Jesse Coburn | Aug 29, 2022

The New York City Civilian Complaint Review Board has recommended disciplinary charges against a city police officer for crank calling a Brooklyn man who filed 311 complaints about illegal parking – and for misleading investigators about the episode.



SHERWOOD_000199