2/14/23, 2:59 PM  Death Threats Follow Brooklyn Man's Illegal Parking Complaints to 311 and the NYPD - Streetsblog New York City

Case 1:22-cv-07505-BMC   Document 43-10   Filed 03/13/23   Page 1 of 11 PageID #: 329

OUR SITES                                    STREET**FILMS**   DONATE

# STREETS**BLOG** NYC

# Death Threats Follow Brooklyn Man's Illegal Parking Complaints to 311 and the NYPD

By Jesse Coburn | Feb 9, 2022 | 💬 64 COMMENTS



The illegally parked truck last week. Photo: Tony Melone

In retrospect, shoveling snow onto the hood of a pick-up truck blocking a Park Slope bus stop wasn't the best decision Tony Melone made last Monday. But that provocation seems quaint compared to what followed.

"I'm gonna kill you, Melone," an unidentified man told him over the phone an hour later — one of five threatening calls Melone would receive that day. "I'm gonna fuck you and your wife," a caller said later.

Nearly as unsettling to Melone as the threats was the question of how the caller, or callers, knew his name and phone number in the first place.

Melone had filed a 311 complaint to the NYPD earlier that day about the illegally parked truck and included his own name and number on the report. The city says it keeps that information confidential. Somehow it made its way to the furious caller.

SHERWOOD_000250

"The 311 system is supposed to be a way for people to report problems," Melone, 45, said later about the ordeal. "If it's getting used to harass the people that are reporting the problems, that's really disturbing."

The episode fits into a broader pattern of harassment that New Yorkers have faced after filing 311 complaints to the NYPD, a pattern now under city investigation following a Streetsblog report. But the calls received by Melone were by far the most extreme of any documented by Streetsblog, as they included death threats and violent and vulgar references to Melone's wife and children, according to Melone, who shared recordings of the calls with Streetsblog.



How Streetsblog covered the 311 story.

The truck's owner, who gave his name only as Don, said in an interview that he had not made the threatening calls and didn't know who did. But he had little sympathy for Melone, whose shoveling, Don said, cracked his truck's windshield.

"He deserves everything he gets. I think death threats is a bit extreme. But if he gets an ass-whooping, he gets an ass-whooping," Don said. "I did nothing to offend him, nothing to harm him, nothing of the sort. Why would you sit down and do that to my vehicle?"

Spokespeople for the NYPD and 311 did not answer questions about whether any city officials shared Melone's contact information with anyone after he filed his 311 report. 311 spokesman Bill Reda said: "Details of the complaint were sent directly to the local precinct for response." The NYPD did not respond at all.

Melone's 311 complaint on Jan. 31 was one of a dozen he's filed about the gray Lincoln pick-up truck over the past year — all for parking illegally in front of bus stops and hydrants or on pedestrian islands around Ninth Street and Eighth Avenue. Police wrote tickets in response to two of those complaints, but took no action in response to most of the rest, city records show.

The truck seemed retrofitted to skirt accountability. Photos by Melone show a New York State Police Investigators Association sticker on the windshield, a sign reading FUNERAL on the dashboard, and four different temporary paper license plates — three from New Jersey and one from Minneapolis — borne by the truck over the course of a year.

SHERWOOD_000251

2/14/23, 2:59 PM  Death Threats Follow Brooklyn Man's Illegal Parking Complaints to 311 and the NYPD - Streetsblog New York City

Case 1:22-cv-07505-BMC  Document 43-10  Filed 03/13/23  Page 3 of 11 PageID #: 331



Dashboard accoutrements. Photo: Tony Melone

But watching an old woman struggling over a snow bank to the sidewalk after getting off the B61 last Monday — because the truck was blocking the bus stop again — pushed Melone over the edge, he said.

After filing the 311 complaint, he went out to shovel out a new path for bus riders to the sidewalk — and threw snow onto the truck in the process.

"I had no intention of damaging the truck — didn't think some snow could do that — but I did want to create an inconvenience for the driver who had inconvenienced so many bus riders," Melone said.

Shortly after, Melone saw two police officers come to inspect the truck. Don came out of a nearby deli and spoke to them. The officers then left, and Don cleared the snow off his hood and drove away.

Then the phone calls began.

"I'm gonna kill you, Melone," a caller told him several times 45-minutes later before hanging up, Melone said.

Less than an hour after that: "I'm gonna fuck you and your wife."

Two hours later, according to Melone: "I saw you had the cops come. I'm gonna hurt you."

Five minutes later, in a call Melone recorded: "I'm going to kill you, I'm going to kill you."

Finally, shortly after 5 p.m., a voicemail: "Don't think I forgot about you. I'm going to fuck the shit out of you when I get a chance. You and your fucking wife. And if you keep them little sloppy sexy little kids around I'm going to get them too, you son of a bitch."

SHERWOOD_000252


Case 1:22-cv-07505-BMC Document 43-10 Filed 03/13/23 Page 4 of 11 PageID #: 332

(A recording of this voicemail is below. Warning: it is explicit.)

[audio player 00:00 / 00:00]

All of the calls came from a blocked number.

Melone called the police after the second call, and two other officers arrived at his apartment. But they said there was little they could do about the threats, according to Melone, and recommended that he file another 311 complaint if he saw the truck illegally parked.

Steve Vaccaro, an attorney in Manhattan, said death threats could constitute criminal harassment, and the disclosure of someone's private information by a public official to a third party would likely be illegal, too.

"That is really incendiary, that's really provocative," Vaccaro said. It would be "a serious violation of confidential information."


Tony Melone. Photo: Jesse Coburn

The 311 privacy policy states the city is "committed to maintaining the confidentiality of the information provided by clients."

Dianne Struzzi, a spokeswoman for the Department of Investigation, called the incident "concerning" and said the department's investigation into the 311 harassment allegations is active. She encouraged anyone who received similar calls or messages after filing 311 reports to contact DOI at (212) 825-5967.

SHERWOOD_000253

2/14/23, 2:59 PM Death Threats Follow Brooklyn Man's Illegal Parking Complaints to 311 and the NYPD - Streetsblog New York City

Case 1:22-cv-07505-BMC Document 43-10 Filed 03/13/23 Page 5 of 11 PageID #: 333

Don, 38, of Queens, said he'd been tipped off prior to last week's episode that Melone had filed 311 complaints about his truck and posted about it on Twitter. Don wouldn't say who informed him of this, saying only, "I have people in higher places as well."

Don defended his illegal parking. He only stops in the bus stop briefly, the stop isn't especially crowded, and he's usually there early in the day when it isn't busy, he said. In any case, it isn't Melone's job to enforce parking regulations, he said.

"He should've allowed the police to be police, not him sit down and go do things in his own hands," Don said. "This is not Georgia."

Don said he plans to file a police report against Melone over the broken windshield.

Tony, for his part, lays the blame for the whole episode on the NYPD.

"None of this had to happen if they had just enforced basic parking rules," he said.

Filed Under: 311, NYPD, Streetsblog Gets Action, Streetsblog Investigates





SHERWOOD_000254





## MOST RECENT



EXCLU: George Washington Bridge Northern Path Reopens With Wider Entrance



Opinion: The George Washington Bridge's Revamped Bike-Ped Paths are Not Enough



Tuesday's Headlines: Fix the BQE/Love is In The Air Edition

V-DAY SPECIAL: Bigger Cargo Bikes and Last-Mile Warehouse Regulation is a Match Made In Heaven







FDNY Wants Feds to Ban Faulty Lithium-Ion Batteries From Entering U.S.

### 64 Comments

**1 Login**

Join the discussion…

LOG IN WITH    OR SIGN UP WITH DISQUS ?

Name

**2**    Share      Best   Newest   Oldest



**A**
4 months ago

That's happens all the time Nypd always give the name to other when they laying saying it's confidential. That's happens to me many time by nypd . Some how the name made his way to the accused what a joke.

0    0    Reply    Share ›



**MickMcMick**
a year ago

**ALSO ON STREETSBLOG**

SHERWOOD_000256

2/14/23, 2:59 PM
Death Threats Follow Brooklyn Man's Illegal Parking Complaints to 311 and NYPD - Streetsblog New York City
Case 1:22-cv-07505-BMC Document 43-10 Filed 03/13/23 Page 8 of 11 PageID #: 326



## City Hall Condemns Death Threats to 311 User Who Filed Illegal Parking Complaint to NYPD

By Jesse Coburn | Feb 10, 2022

The statement followed a Streetsblog story Wednesday about the series of threatening phone calls a Park Slope resident received after he filed a 311 complaint to the NYPD about a truck parked illegally in a bus stop.



SHERWOOD_000257

Case 1:22-cv-07505-BMC Document 43-10 Filed 03/13/23 Page 9 of 11 PageID #: 337

## Monday's Headlines: Don't Mess With Tony Melone Edition

By Streetsblog | Mar 7, 2022

We were very saddened to hear that a motorist and his thuggish passenger had beaten Friend of Streetsblog Tony Melone for the "crime" of having touched his car. Plus all the other news from a busy weekend.



## AWFULLY IRONIC: NYPD Threatens Tipster After Streetsblog Story About Prior Harassment Over 311 Complaints About Illegal Parking

By Julianne Cuba | Oct 19, 2021

"Keep fucking around," the new harasser texted.

## 311 Is a Joke: NYPD Ignores Bike Lane-Blocking Big Rigs in Red Hook

By Brad Aaron | Jun 10, 2014

In the space of a few hours this afternoon, one cyclist's experience, chronicled in real time on Twitter, summed up NYPD's indifference to keeping bike lanes clear of motor vehicles. At 8:00 this morning, Anna Zivarts encountered a flatbed tractor-trailer parked in the two-way Imlay/Summit Street bike lane in Red Hook. When that truck and a [...]

Case 1:22-cv-07505-BMC  Document 43-10  Filed 03/13/23  Page 10 of 11 PageID #: 338



# IGNORED, DISMISSED: How the NYPD Neglects 311 Complaints about Driver Misconduct

By Jesse Coburn | Oct 21, 2021

NYPD cops now close out thousands of 311 complaints about driver misconduct in mere minutes, contributing to a culture of lawlessness on city streets, a Streetsblog investigation into more than 26 million 311 complaints shows.



SHERWOOD_000259

Case 1:22-cv-07505-BMC   Document 43-10   Filed 03/13/23   Page 11 of 11 PageID #: 339

# Tipster Sues NYPD for Harassment Over 311 Complaints about Illegal Parking

By Julianne Cuba | Jan 23, 2023

The once anonymous tipster who alleged that members of the NYPD had harassed and threatened him after he reported the cops for illegal parking has now publicly filed a lawsuit in federal court against the NYPD and the city for violating his First Amendment rights.

About  /  Contact Streetsblog NYC  /  Staff & Board  /  Our Funders  /  Comment Moderation Policy

FOLLOW US:

# STREETSBLOG NYC

SHERWOOD_000260