UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUSTIN SHERWOOD,

                                           Plaintiff,

         -against-

THE CITY OF NEW YORK, et al.,

                                           Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

22-cv-7505 (BMC)

       **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendant NYPD Detective Samantha Sturman ("Det. Sturman") Motion to Dismiss the First Amended Complaint, dated February 21, 2023; and upon all prior pleadings had herein, defendant Detective Sturman will move this Court before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

Date: New York, New York
       April 6, 2023

                                            KARASYK & MOSCHELLA, LLP

                                            *John W. Burns*
                                            John W. Burns, Esq.
                                            James M. Moschella, Esq.
                                            *Attorney for Defendants Det. Samantha Sturman*
                                            New York, New York 10007
                                            (212) 233-3800
                                            jburns@kmattorneys.com

cc:    **BY ECF**
         **All Counsel of Record**