**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

April 17, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:     *Justin Sherwood v. City of New York, et al.,* 22-cv-7505 (BMC)

Your Honor:

I am co-counsel for Plaintiff Justin Sherwood. On April 6, 2023, Defendant NYPD Detective Samantha Sturman moved to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). Plaintiff's opposition is currently due on April 20, 2023. I write with Defendants' consent seeking leave to file Plaintiff's opposition on May 11, 2023 instead, with Defendant Sturman's reply due on May 18, 2023. Plaintiff seeks this adjustment because the motion came during the Passover holiday and a time that is very busy for counsel, with significant pre-trial filings due at the end of this week, among other deadlines. Additionally, I understand that other Defendants also plan to file a motion to dismiss shortly, and, if the Court grants the requested extension, it may be possible for Plaintiff to address both motions in a single submission. No party has previously asked the Court to adjourn these deadlines. If the Court grants this application, it will not impact any other deadlines in the case.

Thank you for your attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver