UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUSTIN SHERWOOD,

                              Plaintiff,

  -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT ("NYPD") OFFICER JOHN MADERA, NYPD
OFFICER TIAGOM REIS, NYPD OFFICER ARTHUR
STURMAN, and NYPD DETECTVIVE SAMANTHA STURMAN.

                             Defendants.
----------------------------------------------------------------X

**NOTICE OF MOTION**

22-CV-7505 (BMC)

      **PLEASE TAKE NOTICE,** that upon the Declaration of Douglas LaBarbera, with exhibits dated April 20, 2023, and Defendant New York City Police Officers John Madera and Arthur Sturman's Memorandum of Law in Support of their motion for partial dismissal pursuant to Federal Rule of Civil Procedure 12(c), Defendant New York City Police Officers John Madera and Arthur Sturman move this Court, the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Brian M. Cogan, for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting partial dismissal to Defendant New York City Police Officers John Madera and Arthur Sturman, together with such other relief as the Court deems just and proper.

1

Dated: New York, New York
April 20, 2023

                                                                     Respectfully Submitted,

                                                                     _____/s/_____
By: Doug LaBarbera (DL 3880)
WORTH LONGWORTH & LONDON LLP
*Attorneys for Defendants Madera & Sturman*
111 John Street, Suite 640
New York, New York 10038

TO:     **VIA ECF**

        Remy Green
        Elena Louisa Cohen
        Cohen Green PLLC
        *Attorneys for Plaintiff*
        1639 Centre Street
        Suite 216
        Ridgewood, NY 11385

        Gideon Orion Oliver
        Attorney at Law
        *Attorneys for Plaintiff*
        277 Broadway
        Suite 1501
        New York, NY 10007

        John Edmund Schemitsch
        New York City Law Department
        *Attorneys for Defendant City of New York*
        100 Church Street
        New York, NY 10007

        James M. Moschella
        John W. Burns
        Karasyk & Moschella, LLP
        233 Broadway
        Suite 2340
        New York, NY 10279