UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN SHERWOOD,

         Plaintiff,

 -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT ("NYPD") OFFICER JOHN MADERA, NYPD
OFFICER TIAGOM REIS, NYPD OFFICER ARTHUR
STURMAN, and NYPD DETECTVIVE SAMANTHA STURMAN.

         Defendants.
------------------------------------------------------------------X

**DECLARATION OF
DOUGLAS LABARBERA
IN SUPPORT**

22-CV-7505 (BMC)

  **DOUGLAS LABARBERA**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and accurate:

1.  I am an attorney with the law firm Worth, Longworth & London LLP, attorneys of record for Defendant New York City Police Officers John Madera and Arthur Sturman ("Officers Madera & Sturman").  As such I am fully familiar with the facts as set forth below.

2.  This Declaration is submitted in support of Officer Madera and Sturman's motion to dismiss pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

3.  In support of Officer Madera and Sturman's motion to dismiss, I respectfully submit the following exhibits:

4.  Annexed hereto as Exhibit "A" is Plaintiff's Amended Complaint dated February 7th, 2023.

Dated: New York, New York
    April 20, 2023

                                        Respectfully Submitted,

                                    _____/s/_____
                                    By: Doug LaBarbera (DL 3880)
                                    WORTH LONGWORTH & LONDON LLP
                                    *Attorneys for Defendants Madera & Sturman*
                                    111 John Street, Suite 640
                                    New York, New York 10038
                                    (212) 964-8038

TO:       **<u>VIA ECF</u>**

Remy Green
Elena Louisa Cohen
Cohen Green PLLC
*Attorneys for Plaintiff*
1639 Centre Street
Suite 216
Ridgewood, NY 11385

Gideon Orion Oliver
Attorney at Law
*Attorneys for Plaintiff*
277 Broadway
Suite 1501
New York, NY 10007

John Edmund Schemitsch
New York City Law Department
*Attorneys for Defendant City of New York*
100 Church Street
New York, NY 10007

James M. Moschella
John W. Burns
Karasyk & Moschella, LLP
233 Broadway
Suite 2340
New York, NY 10279