**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

May 2, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *Justin Sherwood v. City of New York, et al.,* 22-cv-7505 (BMC)

Your Honor:

I am co-counsel for Plaintiff Justin Sherwood in the above-captioned matter.

I write with Defendants' consent to request that the Court extend the May 4, 2023 deadline by which Plaintiff must oppose the pending motion to dismiss from Defendants Arthur Sturman and John Madera until May 11, 2023 – the deadline by which Plaintiff must respond to the separate pending motion to dismiss from Defendant Samantha Sturman.  Relatedly, Defendants Sturman, Sturman, and Madera also ask for extensions, with the consent of all parties, of their deadlines to reply until May 25, 2023. If the Court grants these applications, there would be a uniform briefing scheduling on both pending motions to dismiss, with Plaintiff's oppositions due on May 11, 2023, and Defendants' replies due on May 25, 2023.

The parties thank Your Honor for the Court's attention to these matters.

Respectfully submitted,

Gideon Orion Oliver