UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUSTIN SHERWOOD,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

22 Civ. 7505 (BMC)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of DOUGLAS LABARBERA AND MITCHELL GARBER, as counsel of record on behalf of Defendant Officer Arthur Sturman:

    **JOHN SCHEMITSCH**
    *Senior Counsel*
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-3539
    jschemit@law.nyc.gov

From this date forward, please terminate DOUGLAS LABARBERA AND MITCHELL GARBER from the docket as counsel of record for Officer Arthur Sturman and replace them with JOHN SCHEMITSCH.

Dated: New York, New York
May 19, 2023

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel of the
        City of New York
        *Attorney for Defendant City of New York,*
        *Officer Reis and Officer Sturman*
        100 Church Street
        New York, New York 10007
        (212) 356-3539

By:    /s/
     John Schemitsch
     *Senior Counsel*

cc: Counsel of Record (By ECF)

- 3 -

| |
|---|
| Docket No.  XX Civ. XXXX (XXX) (XXX) ) |
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| PLAINTIFF,<br><br>                                                                 Plaintiff,<br><br>                         -against-<br><br>CITY OF NEW YORK,<br><br>                                                                 Defendants. |
| NOTICE OF SUBSTITUTION OF COUNSEL |
| **JAMES E. JOHNSON**<br>Corporation Counsel of the City of New York<br>*Attorney for the City*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel:  NAME<br>Tel:  (212) 356-XXXX |

*Due and timely service is hereby admitted.*

*New York, New York.............................................., 2021*

*.................................................................................. Esq.*

*Attorney for.........................................................................*

- 3 -