UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUSTIN SHERWOOD,

                                                 Plaintiffs,

                -against-

CITY OF NEW YORK, et al.,

                                               Defendants.

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**

22-cv-7505 (BMC)

------------------------------------------------------------------------ x

I, DOUGLAS LABARBERA, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney at Worth, Longworth and London LLP and am presently counsel of record for defendant Officer Arthur Sturman in this action.

2. The representation of Officer Arthur Sturman has been transferred to Senior John Schemitsch at the New York City Law Department on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York.

3. Please terminate me and co-counsel Mitchell Garber and our firm Worth, Longworth and London LLP from the docket sheet as counsel of record for Officer Sturman and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated:    New York, New York
            May 19, 2023

                                                                     _____/s/_____
                                                                       DOUGLAS LABARBERA