

**H**ON. **S**YLVIA **O**. **H**INDS-**R**ADIX
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-3539
Fax: (212) 356-3509
jschemit@law.nyc.gov

May 19, 2023

**BY ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Sherwood v. City of New York, et al.,</u>
  22-CV-7505 (BMC)

Your Honor:

   I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendant Officer Arthur Sturman, in place of Douglas LaBarbera, Esq. and Mitchell Garber, Esq. of Worth, Longworth and London LLP. Simultaneously herewith, I am also filing a notice of substitution of counsel and affidavit from Mr. LaBarbera. I therefore respectfully request that Douglas LaBarbera, Esq. and Mitchell Garber, Esq. of Worth, Longworth and London LLP be removed as attorneys of record in this matter for Officer Arthur Sturman.

   Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

John Schemitsch
*Senior Counsel*

cc: <u>BY ECF</u>
  *All Counsel of Record*