**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

May 23, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:     _Justin Sherwood v. City of New York, et al._, 22-cv-7505 (BMC)

Your Honor:

I am co-counsel for Plaintiff Justin Sherwood in the above-captioned matter.

As the Court may recall (and distilling quite a bit), this case is about a series of harassing interactions Plaintiff had with members of the NYPD after reporting illegal parking by NYPD to 311.  One of those interactions was an anonymous text sent within minutes of one set of reports — sent through the application "TextNow" — which ominously read: "Keep fucking around." _See_ ECF No. 26 ¶¶ 88-95.

I write to ask that the Court So Order a subpoena to TextNow for related records. TextNow's policy is to ask that any subpoena that seeks subscriber information be "So Ordered." Therefore, we ask the Court to So Order the attached subpoena.

All Defendants have indicated they have no objection to this request.

I thank Your Honor for the Court's attention to these matters.

Respectfully submitted,

/S/

Gideon Orion Oliver