**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

June 29, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    *Justin Sherwood v. City of New York, et al.,* 22-cv-7505 (BMC)

Your Honor:

I am co-counsel for Plaintiff Justin Sherwood in the above-captioned matter. I write jointly with counsel for all Defendants.

I am pleased to report that the parties have reached a settlement in principle in this case. We are now beginning the process of papering that settlement, and working out the precise details of various terms, including related to attorney's fees, costs, and expenses.

In light of that settlement in principle, we would ask the Court to vacate the current schedule, and set a deadline of 60 days from today for the parties to submit final settlement papers.

The parties thank Your Honor for the Court's attention to these matters.

Respectfully submitted,

/S/

Gideon Orion Oliver