

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JOHN SCHEMITSCH<br>*Senior Counsel*<br>phone: (212) 356-3539<br>fax: (212) 356-1148<br>jschemit@law.nyc.gov |

September 28, 2023

**VIA ECF**
Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Justin Sherwood v. City of New York, et al., 22-cv-7505 (BMC)

Your Honor:

        I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Officer Reis, and Officer Sturman.  Defendants write in response to plaintiff's application to the Court, dated September 27, 2023, seeking a thirty day extension of time for plaintiff to move to de-designate certain confidential records.  See ECF No. 63.  Defendants consent to this extension of time.  We do not believe this is the appropriate forum to address quibbles between counsel, however we are prepared to provide any additional information should the Court so request.

        Respectfully submitted,

        /s/
        John Schemitsch
        *Senior Counsel*

cc:    **VIA ECF**
       *All Counsel of Record*