UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JUSTIN SHERWOOD,

                                      Plaintiff,

           -against-

THE CITY OF NEW YORK, ET AL.,

                                  Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

22-cv-7505 (BMC)

------------------------------------------------------------------------x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

       1.     The above-referenced action is hereby dismissed with prejudice; and

       2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     September 28, 2023

GIDEON OLIVER
*Attorney for Plaintiff*
277 Broadway, Suite 1501
New York, NY 10007

By: *Gideon Oliver*
    Gideon Oliver
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,*
  *Officer Reis, and Officer Sturman*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/
    John Schemitsch
    *Senior Counsel*s

WORTH, LONGWORTH & LONDON, LLP
*Attorney for Defendant Officer Madera*
111 John Street, Suite 640
New York, NY 10038

By: *Douglas LaBarbera*
    Douglas LaBarbera
    *Attorney for Defendant*

KARASYK & MOSCHELLA, LLP
*Attorney for Defendant Det. Sturman*
233 Broadway, Suite 2340
New York, NY 10279

By: /s/
    John Burns
    *Attorney for Defendant*

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023

2