# PLACEHOLDER FOR EXHIBIT 4 TO THE OCTOBER 16, 2023 DECLARATION OF GIDEON ORION OLIVER

# THE ORIGINAL EXHIBIT IS TO BE FILED UNDER SEAL