**PLACEHOLDER FOR EXHIBIT 6 TO THE OCTOBER 16, 2023 DECLARATION OF GIDEON ORION OLIVER**

**THE ORIGINAL EXHIBIT IS TO BE FILED UNDER SEAL**