**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

October 16, 2023

**BY ECF**

Hon. Brian M. Cogan, United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Justin Sherwood v. City of New York, et al.,* 22-cv-7505 (BMC)

Your Honor:

    I am co-counsel for Mr. Sherwood in the above case. As expected, we have now filed our de-designation motion. *See* ECF 68. Some of the text of and exhibits to the Declaration, as well as some of the text in the Memorandum of Law, are redacted from the public filings, and certain exhibits to the Declaration are represented by placeholders, because Defendants have designated certain records as "Confidential" within the meaning of the operative protective order, ECF 60-1, as modified by the Court's June 5, 2023 Minute Order at ECF 61 (collectively, the "Order").

    Under ¶ 9 of the Order, "[a]ny party seeking to file papers with the Court that incorporate Confidential Materials or reveal the contents thereof shall first make an application to the Court for permission to file under seal the specific portions of those papers disclosing Confidential Materials and shall indicate whether any other party objects to that request."

    I now write seeking the Court's leave to file un-redacted versions of the Declaration and exhibits 2 and 4-9 thereto, as well as the Memorandum of Law, under seal.

    I apologize to the Court and counsel for not having sought and included in this application all counsel's position. I intend to supplement this application with that information tomorrow.

    Thank you for your attention to this matter.

                                   Respectfully submitted,

                                            /S/

                                   Gideon Orion Oliver