**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

November 13, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    <u>Justin Sherwood v. City of New York, et al.,</u> 22-cv-7505 (BMC)

Your Honor:

    I am co-counsel for Plaintiff Justin Sherwood in the above-captioned matter. I write jointly with counsel for all Defendants.  I write as discussed in ECF No. 72, to (1) note that Plaintiff withdraws his motion at ECF No. 68 and (2) address the pending sealing issue.

    On issue (1), I am pleased to report that, with Defendants' productions, Plaintiff now has redacted, non-confidential versions of all documents but one of those identified in Plaintiff's motion (ECF No. 68), and with that, Plaintiff has agreed to disagree (so to speak) on the final document, and withdraws the motion.

    On issue (2), the parties jointly believe that the best approach is as follows:

- For those exhibits that have now been produced redacted, they should be replaced by the redacted version.  Those documents are Exhibits 2 and 5-9 to the Oliver Declaration (e.g., ECF Nos. 68-3; 68-6 - 68-10).  For the single on the one exhibit that has remained confidential, (Oliver Ex. 4, ECF No. 68-5), it should remain a placeholder.

- For the Memorandum (ECF No. 68-15) and Declaration (ECF No. 68-1), there is no remaining objection to them being filed fully unredacted.

    Thus, the parties respectfully ask the Court to provide guidance on how it wants to approach this issue in light of its interim Order that "documents shall remain under seal" only "until the Court rules on plaintiff's []de-designation motion."  Oct. 18, 2023 Minute Order.  The parties are happy to simply submit the docket-ready version of the documents if the Court directs us how it would like us to do so.

    I thank Your Honor for the Court's attention to these matters.

Respectfully submitted,

/S/

Gideon Orion Oliver