**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

November 17, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Justin Sherwood v. City of New York, et al.,* 22-cv-7505 (BMC)

Your Honor:

  I am co-counsel for Plaintiff Justin Sherwood in the above-captioned matter. I write jointly with counsel for all Defendants in compliance with the Court's November 15, 2023 Order, attaching the following exhibits, which should replace ECF Nos. 68-1, 68-3, 68-6 through 68-10, and 68-15:

  Exhibit 1 replaces ECF No. 68-1 (Oliver Declaration)
  Exhibit 2 replaces ECF No. 68-3 (Exhibit 2 to the Oliver Declaration)
  Exhibit 3 replaces ECF No. 68-6 (Exhibit 5 to the Oliver Declaration)
  Exhibit 4 replaces ECF No. 68-7 (Exhibit 6 to the Oliver Declaration)
  Exhibit 5 replaces ECF No. 68-8 (Exhibit 7 to the Oliver Declaration)
  Exhibit 6 replaces ECF No. 68-9 (Exhibit 8 to the Oliver Declaration)
  Exhibit 7 replaces ECF No. 68-10 (Exhibit 9 to the Oliver Declaration)
  Exhibit 8 replaces ECF No. 68-15 (Memorandum of Law)

  As to the one exhibit that has remained confidential, (Oliver Ex. 4, ECF No. 68-5), it should remain a placeholder.

  I thank Your Honor for the Court's attention to these matters.

          Respectfully submitted,

          /S/

          Gideon Orion Oliver