| Date Reported 02/23/2022 | Date Assigned 02/23/2022 | IAB Log No. 2022-15611 | Case No. (G26) PW-2022-19 | Folder Type PROSECUTORIAL WALL | Preliminary Case Type PROSECUTORIAL WALL | Follow-Up No. 16 | Date of This Report 03/06/2022 Worksheet Tracking No. 5491709 |
|---|---|---|---|---|---|---|---|

Topic/Subject                                                                Activity Date   Activity Time
(General Investigation Worksheet) REVIEW OF DOI COMPLAINT    03/06/2022      14:00

Details

Follow-Up Information

On Sunday, March 6, 2022 at approximately 1400 hours, while present at the Brooklyn/Staten Island IAB office, I reviewed the DOI complaint as attached in IAB Log# 2022-4365. The following was ascertained:

Acting Commissioner Daniel G. Scott, DOI informs the following:

In October 2021, news website Streetsblog NYC reported that several individuals who had filed complaints with 311 about illegal parking by members of the NYPD had subsequently received harassing or other unusual phone calls or text messages. I On October 27, 2021, former Mayor de Blasio stated that the City would "immediately investigate" the reports. That same day, an attorney in the Office of the Counsel to the Mayor forwarded information relating to these allegations to DOI.

DOI subsequently opened an investigation, which included interviewing two individuals who stated that they received such phone calls after they made complaints to 311 about illegal parking in Brooklyn. These two individuals will be referenced below as "Victim #1 " and "Victim #2."

1. Victim #1

Victim #1 reported to DOI that he has made multiple complaints to 311 about vehicles parked on sidewalks and in bike lanes in the Prospect Heights and Crown Heights neighborhoods in Brooklyn. DOI reviewed 311 records showing that Victim #1 made 296 complaints to the 311 system between January 1 and March 2, 2021, mostly about illegal parking within the 77th and 78th Precincts.
On March 2, 2021, at approximately 7:41 pm, Victim #1 received a voicemail stating as follows:

Hi [VICTIM #1 's FIRST NAME], just calling to see how you're doing. I thought I saw you on Vanderbilt, but I guess not. I tried to wave you down. Just wanted to let you know that I miss you, and I hope you pick up my call next time. You're still the best I ever had. I hope you still dream about me. Love you, baby-boo. Bye, [VICTIM #1 's FIRST NAME]-bee.

Victim #1 reported to DOI that the voicemail was left by a "blocked" number and that he was unable to determine who had left the message. Call detail records for Victim 's phone number showed that the caller who left the message called from a phone number registered with the NYPD: (929) 273-9106. The caller used the "*67" function before dialing Victim 's phone number, which had the effect of concealing the caller's phone number from Victim #1.

311 records show that Victim #1 made 489 more complaints to 311 between March 3 and May 15, 2021, most of which were again about illegal parking within the 77th and 78th Precincts. On May 15, 2021, Victim #1 received a voicemail containing only the sound of a loud exhaling noise. The following day, Victim #1 received a voicemail containing only what sound like animal noises. On May 25, 2021, after making 54 more complaints to 311, Victim #1 received another voicemail containing only what sound like animal noises. These voicemails also came from "blocked" numbers.

311 records show that Victim #1 made 194 more complaints to 311 between May 26 and July 14, 2021, mostly about illegal parking. On July 14, 2021, Victim #1 received a voicemail in which the caller rapidly repeated Victim 's first name nine times and then stated, "Pick up. This voicemail came from a "blocked" number.

Most recently, on January 23 and January 24, 2022, Victim #1 made additional complaints to 311 about illegal parking. On January 24, 2022, Victim #1 received a voicemail from a "blocked" number stating, "Answer my calls, [VICTIM #1 's FIRST NAME]."
According to records obtained by DOI, all five of the messages between May 15, 2021 and January 24, 2022 were also left by (929) 273-9106. In all five cases, the caller again used the *67 function before dialing Victim #1 's phone number.

DOI has not obtained information from the NYPD to determine the NYPD employee to whom this phone number is assigned. As discussed below, however, we are referring this information to Managing Attorney Brendan Brophy of the NYPD's Legal Bureau for further action.

Victim #2

Victim #2 reported to DOI that he has made numerous complaints to 311 about vehicles blocking sidewalks and bike lanes in Downtown Brooklyn. DOI confirmed through 311 records that Victim #2 made 901 complaints to 311 between January 1, 2021 and September 10, 2021, many of which were about illegal parking within the 84th Precinct.

On September 10, 2021, Victim #2 received a phone call from an unknown male who claimed to be an operator at 311. Victim #2 recorded the call and provided a copy to DOI. The purported 311 operator stated in substance that Victim #2 may be banned from using the 311 service because of an excessive number of complaints. The phone number was reported on Victim #2 's phone as blocked, although Victim #2 was ultimately able to use an app on his phone to view the number.

Call detail records show that the September 10 call was made from (347) 410-2805. This caller also used the *67 function before placing the call to Victim #2. This phone number is registered in the name of an individual who appears to reside in the same apartment as an individual named John

Madera. According to nypdonline.org, an Officer John J. Madera is assigned to the NYPD's 84th Precinct.
On August 26, 2021, Victim #2 received a call from an individual who identified herself as "Detective Sturman,"[2] who stated she was assigned to the 84th Precinct. Victim #2 recorded the call and provided a copy to DOI. After Detective Sturman invited Victim #2 to come to the precinct to discuss his complaints, the two began to argue and the conversation ended after they exchanged
obscenities.

On October 1 8, 2021 ,Streetsblog NYC published a story about potential retaliation against Victim #2 by the NYPD that quoted from the above phone call and mentioned Detective Sturman by name. [3] That afternoon, at 1:52 pm, Victim #2 received a text message from (631) 685-5448 stating only: "Keep fucking around." This phone number is registered to TextNow, an application that allows users to make free calls and send free text messages. The number is associated with a TextNow account with the username "thekingof698." According to records produced by TextNow, this account was created on September 1 1, 2021 through IP address 67.85.241.84. According to Altice USA, that IP address was registered to a Lucille Sturman, who resides at 2944 West 5th Street, Apt 23C in Brooklyn. DOI's research shows that this is the home address of Samantha Sturman.

Given that DOI does not have direct access to all of the records and witnesses needed to complete this investigation, we are copying Managing Attorney Brendan Brophy of the NYPD's Legal Bureau and referring our findings to his office for appropriate further investigative and disciplinary action. DOI requests that NYPD provide DOI with a report as to the final disposition of these matters when its investigative and disciplinary process is complete.

DOI is continuing to investigate an additional report of potentially similar misconduct involving a 311 caller. If that investigation reveals further evidence of misconduct by City employees, DOI will again provide a report on its findings.

We are also forwarding this letter to the Law Enforcement Accountability Bureau of the Kings County District Attorney's Office. If you wish to discuss this matter further, or require any additional information, please contact me at (212) 825-6859.

Activity Location List
ATTACHMENT

| | |
|---|---|
| 1 | 'DOI COMPLAINT' |

Property Property Status
Evidence
Evidence Collected Evidence Collection Team Crime Scene Requested Who Responded ECT/CSU Run No.

| | Rank | Name | Tax Reg. No. | Command | | |
|---|---|---|---|---|---|---|
| Reporting Officer: | SGT | SZCZECINSKI MICHAEL | 940784 | G32-GROUP 32 | | |
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 03/23/2022 | Date of Next Review | Name AHMED PARUL | | Supv. Tax No. 933596 |
| Endorser: | Rank CPT | Name YASIN MOBEEN | Tax Reg. No. 948285 | Command G32-GROUP 32 | DateTime Reviewed 03/20/2022 12:20 | Status Approved |
| | Comments APPROVED | | | | | |
| Endorser: | Rank CPT | Name AHMED PARUL | Tax Reg. No. 933596 | Command G32-GROUP 32 | DateTime Reviewed 03/23/2022 17:16 | Status Approved |
| | Comments NOTED. | | | | | |

---

| Internal Case Management System Worksheet  - General Investigation Worksheet | | | | | | Top Allegation FADO DISCOURTESY - WORD | Group G26-GROUP 26 |
|---|---|---|---|---|---|---|---|
| | | | | | | | Date of This Report 03/06/2022 |
| Date Reported 02/23/2022 | Date Assigned 02/23/2022 | IAB Log No. 2022-15611 | Case No. (G26) PW-2022-19 | Folder Type PROSECUTORIAL WALL | | Preliminary Case Type PROSECUTORIAL WALL | Follow-Up No. 17 | Worksheet Tracking No. 5491715 |

Topic/Subject                                              Activity Date Activity Time
(General Investigation Worksheet) PRESS RELEASE REVIEW 03/06/2022     14:30
Details
Follow-Up Information
On Sunday, March 6, 2022, at approximately 1430 hours, while present IAB Group 32, I conducted a press release review of "StreetBlogsNYC" in regard to the complaint as it appears in IAB Log#2022-4365. The following was noted:

StreetBlogsNYC
BAD COP, BAD COP: NYPD Threatens Tipster for Filing 311 Complaints About Illegal Parking
https://nyc.streetsblog.org/2021/10/18/bad-cop-bad-cop-nypd-threatens-tipster-for-filing-311-complaints-about-illegal-parking/
By Julianne Cuba
October 18, 2021