# **OLIVER EXHIBIT 7 – PLACEHOLDER**

This sheet is a placeholder for an audio file submitted to Chambers. The audio submitted to Chambers is also permanently hosted and can be publicly viewed at this link:

https://www.dropbox.com/scl/fi/rwiy4vmqypldobcq7p41a/202106307_20220404_1134_I.MP3?rlkey=hym8jdjc7gtgb4d0ryth73xqa&dl=0