| Username | Phone Number | Name | Email | DOB | Registration Date | Registration IP | Phone Ownership From | Phone Ownership To | Plan |
|---|---|---|---|---|---|---|---|---|---|
| thekingof698 | +1 631-685-5448 | | thekingof69@aol.com | | 2021-09-11 14:20:05 UTC | 67.85.241.84 | 2021-10-18 17:50:16 UTC | 2021-10-26 10:43:02 UTC | Free |
| minhtien4480317 | +1 631-685-5448 | | minhtien4480317@wii999.com | | 2021-11-03 11:46:03 UTC | 27.67.188.20 | 2021-11-03 11:46:30 UTC | 2021-11-11 10:46:47 UTC | Free |
| * Ownership dates are restricted to the beginning and end of the requested date range. | | | | | | | | | |
| * Phone number is no longer assigned to the final username. | | | | | | | | | |