# <u>OLIVER EXHIBIT 9 – PLACEHOLDER</u>

This sheet is a placeholder for an audio file submitted to Chambers.  The audio submitted to Chambers is also permanently hosted and can be publicly viewed at this link:

https://www.dropbox.com/scl/fi/8l6x0fhkv826bggoaavk1/1676952631815_202105089_2.mp3?rlkey=i920v5mex2icmx4lsux8ru3jm&dl=0